IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., ) <br>    Plaintiffs Judgment Creditors, ) <br> v. ) <br> ) <br> LONNIE DANTZLER, individually and d/b/a ) <br> D and B CONSTRUCTION, and DONNA BALL,) <br> individually and d/b/a D and B ) <br> CONSTRUCTION, ) <br>    Defendants Judgment Debtors, ) <br> and, ) <br> ) <br> SEKISUI SPR AMERICAS, LLC., ) <br>    Third Party Citation Respondent. ) | Case No. 09 C 767 <br><br> Judge Conlon |

### TURNOVER ORDER

This matter having come to be heard on Plaintiffs' Motion for Turnover Order, due notice having been given and the parties having an opportunity to be heard, IT IS HEREBY ORDERED:

1. That the sum of $39,067.65 being held pursuant to Citation by Third Party Citation Respondent Sekisui SPR Americas, LLC. be released and turned over to Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, in a check made payable to the "Laborers' Pension Fund", and the citation then released.

DATED: *November 29, 2011*

ENTERED:

*Suzanne B. Conlon*
Honorable Suzanne B. Conlon
U. S. District Court Judge