**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No.  09 C 767** |
| **v.** | ) | |
| | ) | **Judge CONLON** |
| **LONNIE DANTZLER, individually and d/b/a** | ) | |
| **D and B CONSTRUCTION, and DONNA BALL,** | ) | |
| **individually and d/b/a D and B** | ) | |
| **CONSTRUCTION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**RELEASE AND SATISFACTION OF JUDGMENT**

Plaintiffs Judgment Creditors, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, by and through their attorney, Jerrod Olszewski, having received full satisfaction and payment, release the judgment entered on November 23, 2010 against Defendants Judgment Debtors Lonnie Dantzler and Donna Ball for $40,150.28.

January 27, 2012                              Respectfully submitted,

Laborers' Pension Fund, et al.

By:  /s/ Jerrod Olszewski
Jerrod Olszewski

Jerrod Olszewski
Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 W. Jackson, Suite 1415
Chicago, Illinois 60604
(312) 692-1540

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney of record certifies that he caused a copy of the foregoing Release and Satisfaction of Judgment to be served upon the following persons via U.S. first class mail, postage prepaid, this 27th day of January, 2012:

William E. Jamison, Jr.
815 W. Van Buren, Suite 203
Chicago, Illinois 60607

Lonnie Dantzler
11643 S. Racine Ave.
Chicago, IL 60643

Donna Ball
3440 S. Cottage Grove Ave., Apt. 708
Chicago, IL 60616

Martam Construction Incorporated,
c/o Tamas Kutrovatz, President
1200 Gasket Drive
Elgin, Illinois 60120

<u>/s/ Jerrod Olszewski</u>